# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KRISTA GRAVES | Case No.   6:19CR60027-003 |
| | USM No.   15492-010 |
| | Ben Hooten |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   One, three, five, eight, and nine   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of controlled substances | July 13, 2022 |
| Three | Use of controlled substances | November 15, 2023 |
| Five | Use of controlled substances | December 13, 2023 |
| Eight | Failure to comply with substance abuse treatment | January 16, 2024 |
| Nine | Failure to notify U.S. Probation of new address | March 26, 2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   Two, four, six, seven, and ten   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   0992

Defendant's Year of Birth:   1994

City and State of Defendant's Residence:
Malvern, Arkansas

June 7, 2024
Date of Imposition of Judgment

*Susan O. Hickey* (signature)
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

June 12, 2024
Date

DEFENDANT:      KRISTA GRAVES
CASE NUMBER:    6:19CR60027-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Ten (10) months imprisonment with credit for time served.  No term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL